**E-filed 2/16/07**

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
Joseph H. Meltzer
Gerald D. Wells, III
Katherine B. Bornstein
Robert J. Gray
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAN GUESS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C06-07535 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, Plaintiff filed his Complaint on December 8, 2006;

WHEREAS, Defendants filed a Notice of Motion and Motion to Dismiss the Ninth and Tenth Claims in Plaintiff's Complaint ("Motion to Dismiss") on February 7, 2007;

WHEREAS a hearing on Defendants' Motion to Dismiss is scheduled for April 13, 2007 at 9:00 a.m. in Courtroom 3;

WHEREAS an Initial Case Management Conference is currently scheduled for March 16, 2007 at 10:30 a.m., 5th Floor, San Jose;

WHEREAS the parties agree that in the interest of efficiency, both appearances should be held contemporaneously;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

1. The Initial Case Management Conference will be rescheduled for April 13, 2007, either immediately preceding or following the hearing on Defendants' Motion to Dismiss.

2. The Case Schedule – ADR Multi-Option Program will be modified as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 21 days before CMC 3/23/07 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • File ADR Certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| 7 days before CMC 4/6/07 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 4/13/07 | Initial Case Management Conference (CMC) in Courtroom 3, 5th Floor, SJ at 9:00 a.m. | Civil L.R. 16-10 |

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C06-07535 JF
50261

1

| | | |
|---|---|---|
| 1 | Dated: February 15, 2007 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |

/s/ L. Timothy Fisher
_____
L. Timothy Fisher

Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

Dated: February 15, 2007    WINSTON & STRAWN LLP

/s/ Joan B. Tucker Fife
_____
Joan B. Tucker Fife

Joan B. Tucker Fife, Esq.
101 California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

WINSTON & STRAWN LLP
Jessie A. Kohler, Esq.
Eric E. Suits, Esq.
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

CORRECTED STIPULATION AND [PROPOSED] ORDER VACATING SCHEDULE FOR FILING OF AMENDED COMPLAINT
CASE NO. C06-07535 JF
50261

2

* * *

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of February 2007 at Walnut Creek, California.

/s/ L. Timothy Fisher
L. Timothy Fisher

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2/16/07

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

CORRECTED STIPULATION AND [PROPOSED] ORDER VACATING SCHEDULE FOR FILING OF AMENDED COMPLAINT
CASE NO. C06-07535 JF
50261

3