JOAN B. TUCKER FIFE (SBN: 144572)
  email: jfife@winston.com
JENNIFER W. GARBER (SBN: 222096)
  email: jgarber@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:    415-591-1000
Facsimile:     415-591-1400

JESSIE A. KOHLER (SBN: 179363)
  email: jkohler@winston.com
HWANNIE L. SHEN (SBN: 222342)
  email: hshen@winston.com
ERIC E. SUITS (SBN: 232762)
  email: esuits@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:     213-615-1750

Attorneys for Defendants
US BANCORP, US BANCORP
INVESTMENTS, U.S. BANK N.A., U.S. BANK

*e-filed 1/8/08

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GUESS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1 through 10, inclusive,<br><br>    Defendant. | **Case No. C06-07535 JF**<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

Having considered Defendants' Administrative Motion to File Documents Under Seal, and good cause being shown, the Court orders the filing under seal of the following documents, which have been lodged with the Court:

(1) Declaration of Diane Bacon, including Exhibit A
(2) Declaration of Peter Hom, including Exhibit A;
(3) Declaration of Rick Langer, including Exhibit A;
(4) Declaration of Craig Mann, including Exhibit A;
(5) Declaration of Elizabeth Schweger, including Exhibit A;
(6) Declaration of Charles Shreve III, including Exhibit A;
(7) Declaration of Brian Bebel;
(8) Declaration of Sarah Hill;
(9) Declaration of Cindy Nihart;
(10) Declaration of Cathy Dudley;
(11) Declaration of Rahul Nawab;
(12) Declaration of Jeff Chernivec; and
(13) Declaration of Steve Dale.

IT IS SO ORDERED.

Dated: 1/4/08

JEREMY D. FOGEL
UNITED STATES DISTRICT JUDGE