1 | [COUNSEL LISTED ON NEXT PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GUESS, on behalf of himself and all others similarly situated, | Case No. C06-07535 – JF |
| Plaintiff, | The Honorable Jeremy Fogel |
| vs. | STIPULATION AND [PROPOSED] ORDER |
| US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1-50, | |
| Defendants. | |

| | |
|---|---|
| 1 | **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** |
| | Alan R. Plutzik (Bar No. 077785) |
| 2 | L. Timothy Fisher (Bar No. 191626) |
| | 2125 Oak Grove Road, Suite 120 |
| 3 | Walnut Creek, California 94598 |
| | Telephone: (925) 945-0200 |
| 4 | Facsimile: (925) 945-8792 |
| 5 | - and- |
| 6 | Joseph H. Meltzer |
| | Gerald D. Wells, III |
| 7 | Katherine B. Bornstein (Bar No. 249926) |
| | Robert J. Gray |
| 8 | Robert W. Biela |
| | 280 King of Prussia Road |
| 9 | Radnor, PA 19087 |
| | Telephone: (610) 667-7706 |
| 10 | Facsimile: (610) 667-7056 |
| 11 | *Attorneys for Plaintiff Sean Guess* |
| 12 | |
| 13 | **WINSTON & STRAWN LLP** |
| | Joan B. Tucker Fife (SBN:144572) |
| 14 | 101 California Street |
| | San Francisco, CA 94111 |
| 15 | Telephone:    415-591-1000 |
| | Facsimile:    415-591-1400 |
| 16 | |
| | - and - |
| 17 | |
| | Jessie A. Kohler (SBN: 179363) |
| 18 | Eric E. Suits (SBN: 232762) |
| | 333 South Grand Avenue |
| 19 | Los Angeles, CA 90071-1543 |
| | Telephone:    213-615-1700 |
| 20 | Facsimile:    213-615-1750 |
| 21 | *Attorneys for Defendants* |
| | *US BANCORP, US BANCORP* |
| 22 | *INVESTMENTS, U.S. BANK N.A., U.S. BANK* |

-2-
STIPULATION AND [PROPOSED] ORDER  C06-07535-JF
1073164.1

WHEREAS on July 13, 2007 the Court adopted Plaintiff's proposed briefing schedule, as set forth in the Revised Joint Case Management Statement, filed on July 6, 2007;

WHEREAS on February 26, 2008 the Court entered an Order Denying Without Prejudice Plaintiff's Motion for Conditional Class Certification and Court Authorized Notice Pursuant to U.S.C. § 216(b);

WHEREAS the schedule currently in place requires Plaintiff to file his motion for class certification on or before March 18, 2008;

WHEREAS Plaintiff intends to move again for conditional class certification and Court authorized notice pursuant to 29 U.S.C. §216(b);

WHEREAS the parties agree that it would promote the orderly and efficient litigation of this action for the Court to consider the motion for conditional class certification pursuant to 29 U.S.C. §216(b) before considering the motion for class certification pursuant to Fed. R. Civ. P. 23;

The parties hereby STIPULATE and agree as follows:

Plaintiff will file his renewed motion for conditional class certification and Court authorized notice pursuant to 29 U.S.C. §216(b) on or before April 30, 2008;

Defendants will have thirty (30) days to file an opposition;

Plaintiff will have fifteen (15) days to file his reply;

Plaintiff will file his motion for class certification pursuant to Fed. R. Civ. P. 23 on or before 45 days following the hearing on Plaintiff's renewed motion for conditional class certification;

Defendants will have forty-five (45) days to file an opposition;

Plaintiff will have thirty (30) days to file his reply.

| | |
|---|---|
| DATED: March 14, 2008 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |

By: _____/s/_____
    Alan R. Plutzik
    L. Timothy Fisher
    Joseph H. Meltzer
    Gerald D. Wells, III
    Katherine B. Bornstein
    Robert J. Gray

Attorneys for Plaintiff SEAN GUESS


WINSTON & STRAWN LLP

By: _____/s/_____
    Joan B. Tucker Fife

Attorneys for Defendants
US BANCORP, US BANCORP INVESTMENTS, U.S. BANK N.A., U.S. BANK


SO ORDERED, this _19_ day of March, 2008.

_____
Jeremy Fogel, U.S.D.J.

1073164.1