1  [COUNSEL LISTED ON NEXT PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN GUESS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1-50,<br><br>　　　　　Defendants. | **Case No. C06-07535 – JF**<br><br>**The Honorable Jeremy Fogel**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

 - and-

Joseph H. Meltzer
Gerald D. Wells, III
Katherine B. Bornstein (Bar No. 249926)
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Attorneys for Plaintiff Sean Guess*

**WINSTON & STRAWN LLP**
Joan B. Tucker Fife (SBN:144572)
101 California Street
San Francisco, CA 94111
Telephone:    415-591-1000
Facsimile:     415-591-1400

  - and -

Jessie A. Kohler (SBN: 179363)
Eric E. Suits (SBN: 232762)
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    213-615-1700
Facsimile:     213-615-1750

*Attorneys for Defendants*
*US BANCORP, US BANCORP*
*INVESTMENTS, U.S. BANK N.A., U.S. BANK*

1  WHEREAS on March 19, 2008, the Court entered the parties' Stipulation and Proposed Order setting forth a briefing schedule for Plaintiff's Renewed Motion for Conditional Class Certification and Court Authorized Notice Pursuant to U.S.C. § 216(b);

WHEREAS on April 30, 3008, Plaintiff filed his Renewed Motion for Conditional Class Certification and Court Authorized Notice Pursuant to U.S.C. § 216(b);

WHEREAS on May 30, 2008, Defendant filed its brief in Opposition to Plaintiff's Renewed Motion for Conditional Class Certification;

WHEREAS the parties continue to meet and confer regarding certain discovery disputes;

WHEREAS Plaintiff's counsel requested additional time to file Plaintiff's Reply due to a medical emergency and other personal concerns of Plaintiff's counsel;

WHEREAS the parties agree that Plaintiff may have an additional two weeks to submit his Reply; and

WHEREAS the relief sought in this Stipulation will not affect the hearing date currently scheduled for July 18, 2008 (unless the Court would prefer to move it);

//
//
//

The parties hereby STIPULATE and agree as follows:

Plaintiff will file his Reply in support of his Renewed Motion for Conditional Class Certification and Court Authorized Notice Pursuant to U.S.C. § 216(b) no later than June 30, 2008.

DATED:  June 9, 2008                        SCHIFFRIN BARROWAY TOPAZ
                                            & KESSLER, LLP


                                            By:  _____/s/_____
                                                 Alan R. Plutzik
                                                 L. Timothy Fisher
                                                 Joseph H. Meltzer
                                                 Gerald D. Wells, III
                                                 Katherine B. Bornstein
                                                 Robert J. Gray

                                                 Attorneys for Plaintiff SEAN GUESS



                                            WINSTON & STRAWN LLP


                                            By:  _____/s/_____
                                                 Joan B. Tucker Fife

                                                 Attorneys for Defendants
                                                 US BANCORP, US BANCORP
                                                 INVESTMENTS, U.S. BANK N.A., U.S. BANK

I hereby attest that the concurrence in the filing of this document has been obtained by the above signatory indicated on the conformed signature (/s/) within this efiled document.

  /s/ Joan B. Tucker Fife
Joan B. Tucker Fife



IT IS SO ORDERED, this  12   day of June, 2008.

                                            [signature]
                                            _____
                                            The Honorable Jeremy Fogel
                                            United States District Court Judge