JOAN B. TUCKER FIFE (SBN: 144572)
email: jfife@winston.com
JENNIFER W. GARBER (SBN: 222096)
email: jgarber@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:   415-591-1000
Facsimile:   415-591-1400

JESSIE A. KOHLER (SBN: 179363)
email: jkohler@winston.com
HWANNIE L. SHEN (SBN: 222342)
email: hshen@winston.com
ERIC E. SUITS (SBN: 232762)
email: esuits@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   213-615-1700
Facsimile:   213-615-1750

Attorneys for Defendants
US BANCORP, US BANCORP
INVESTMENTS, U.S. BANK N.A., U.S. BANK

RECEIVED
2008 MAY 30 PM 2:37
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GUESS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. C06-07535 JF<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; CASE NO. C06-07535 JF

The Administrative Motion To File Documents Under Seal under Local Rule 79-5 of Defendants US Bancorp, US Bancorp Investments, U.S. Bank N.A., and U.S. Bank (collectively, "U.S. Bank") came before this Court.

After considering all the papers filed regarding this Request, the Court rules as follows:

IT IS HEREBY ORDERED:

1. U.S. Bank's Administrative Motion To File Documents Under Seal Is GRANTED; and

2. The following documents are placed under seal:

  (a) Declaration of Diane Bacon, including Exhibit A;
  (b) Declaration of Steve Dale;
  (c) Declaration of Cindy Nihart;
  (d) Declaration of Bonnie Sorge;
  (e) Declaration of Jo Westbury.

Dated: 6/12, 2008

The Honorable Jeremy Fogel
United States District Court Judge

-2-

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; CASE NO. C06-07535 JF