UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GUESS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1-50, <br><br> Defendants. | Case No. C06-07535 – JF <br><br> **The Honorable Jeremy Fogel** <br><br> **STIPULATION AND [PROPOSED] ORDER** |

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

 - and-

Joseph H. Meltzer
Gerald D. Wells, III
Katherine B. Bornstein (Bar No. 249926)
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff Sean Guess*

**WINSTON & STRAWN LLP**
Joan B. Tucker Fife (SBN:144572)
101 California Street
San Francisco, CA 94111
Telephone:     415-591-1000
Facsimile:     415-591-1400

 - and -

Jessie A. Kohler (SBN: 179363)
Eric E. Suits (SBN: 232762)
333 South Grand Avenue
Los Angeles, CA 90071-1543

Telephone:   213-615-1700
Facsimile:   213-615-1750

*Attorneys for Defendants*
US BANCORP, US BANCORP
INVESTMENTS, U.S. BANK N.A., U.S. BANK

WHEREAS on March 19, 2008, the Court entered the parties' Stipulation and Proposed Order setting forth a briefing schedule for Plaintiff's Renewed Motion for Conditional Class Certification and Court Authorized Notice Pursuant to U.S.C. § 216(b) (the "Scheduling Order");

WHEREAS the Scheduling Order provided that Plaintiff will file his motion for class certification pursuant to Fed. R. Civ. P. 23 on or before 45 days following the hearing on Plaintiff's renewed motion for conditional class certification;

WHEREAS the Court held a hearing on Plaintiff's renewed motion for conditional class certification on July 18, 2008;

WHEREAS Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23 is currently due on or before September 2, 2008;

WHEREAS the parties require additional time to conduct discovery, including depositions of out of state witnesses; and

WHEREAS the parties agree that Plaintiff may have an additional thirty (30) days to submit his motion for class certification pursuant to Fed. R. Civ. P. 23;

The parties hereby STIPULATE and agree as follows:

Plaintiff will file his motion for class certification pursuant to Fed. R. Civ. P. 23 no later than October 2, 2008;

Defendants will have forty-five (45) days to file an opposition;

Plaintiff will have thirty (30) days to file his reply.

-2-
STIPULATION AND [PROPOSED] ORDER  C06-07535-JF

1 | DATED: August 28, 2008           SCHIFFRIN BARROWAY TOPAZ
2 |                                   & KESSLER, LLP
3
4 |                                   By:  _____/s/_____
5 |                                       Alan R. Plutzik
   |                                       L. Timothy Fisher
6 |                                       Joseph H. Meltzer
   |                                       Gerald D. Wells, III
7 |                                       Katherine B. Bornstein
   |                                       Robert J. Gray
8
   |                                       Attorneys for Plaintiff SEAN GUESS
9
10 |                                  WINSTON & STRAWN LLP
11
12 |                                   By:  _____/s/_____
   |                                       Joan B. Tucker Fife
13
   |                                       Attorneys for Defendants
14 |                                       US BANCORP, US BANCORP
   |                                       INVESTMENTS, U.S. BANK N.A., U.S. BANK
15
16
17 | SO ORDERED, this 4th day of September, 2008.
18
19 |                                   _____
   |                                         Jeremy Fogel, U.S.D.J
20

-3-
STIPULATION AND [PROPOSED] ORDER  C06-07535-JF