1   [COUNSEL LISTED ON NEXT PAGE]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GUESS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1-50,<br><br>　　　　　Defendants. | **Case No. C06-07535 – JF**<br><br>**The Honorable Jeremy Fogel**<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER  C06-07535-JF

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

 - and-

Joseph H. Meltzer
Gerald D. Wells, III
Katherine B. Bornstein (Bar No. 249926)
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Attorneys for Plaintiff Sean Guess*

**WINSTON & STRAWN LLP**
Joan B. Tucker Fife (SBN:144572)
101 California Street
San Francisco, CA 94111
Telephone:     415-591-1000
Facsimile:     415-591-1400

  - and -

Jessie A. Kohler (SBN: 179363)
Eric E. Suits (SBN: 232762)
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:     213-615-1700
Facsimile:     213-615-1750

*Attorneys for Defendants*
*US BANCORP, US BANCORP*
*INVESTMENTS, U.S. BANK N.A., U.S. BANK*

WHEREAS by Order of the Court dated September 4, 2008, Plaintiff's motion for class certification pursuant to FED. R. CIV. P. 23 is currently due on or before October 2, 2008;

WHEREAS the parties require additional time to conduct the depositions of the plaintiff and an additional corporate designee; and

WHEREAS the parties agree that Plaintiff may have an additional twenty-eight (28) days to submit his motion for class certification pursuant to FED. R. CIV. P. 23;

The parties hereby STIPULATE and agree as follows:

Plaintiff will file his motion for class certification pursuant to Fed. R. Civ. P. 23 no later than October 30, 2008;

Defendants will have forty-five (45) days to file an opposition;

Plaintiff will have thirty (30) days to file his reply.

DATED:  October 1, 2008                         **SCHIFFRIN BARROWAY TOPAZ**
                                                            **& KESSLER, LLP**

By:  */s/ Katherine B. Bornstein*
      Katherine B. Bornstein
      Alan R. Plutzik
      L. Timothy Fisher
      Joseph H. Meltzer
      Gerald D. Wells, III
      Robert J. Gray

*Attorneys for Plaintiff Sean Guess*

**WINSTON & STRAWN LLP**

By: */s/ Joan B. Tucker Fife*
    Joan B. Tucker Fife

*Attorneys for Defendants*
*US BANCORP, US BANCORP*
*INVESTMENTS, U.S. BANK N.A., U.S. BANK*

SO ORDERED, this 2nd day of October, 2008.

_____
Jeremy Fogel, U.S.D.J