\*\*E-Filed 11/3/08\*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SEAN GUESS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1 through 10, inclusive,

    Defendants.

Case No. 06-CV-07535-JF

**The Honorable Jeremy Fogel**

[PROPOSED] **ORDER** GRANTING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE CLASS CERTIFICATION MOTION

AND NOW, this 3rd day of November, 2008, upon consideration of Plaintiff's Motion for Extension of Class Certification Briefing Schedule and any opposition thereto, the Court determines that Plaintiff's Motion is **GRANTED** IN PART.

It is hereby ORDERED and DECREED that:

1. Plaintiff's motion for class certification pursuant to Fed. R. Civ. P. 23 is due on or before November 7 [~~13~~], 2008.

2. Defendants will have forty-five (45) days to file an opposition.

3. Plaintiff will have thirty (30) days to file his reply.

IT IS SO ORDERED.

DATED: 11/3/08

_____
Honorable Jeremy Fogel, U.S.D.J.