1  [COUNSEL LISTED ON NEXT PAGE]

**E-Filed 12/15/08**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GUESS, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1-50,<br><br>            Defendants. | **Case No. C06-07535 – JF**<br><br>**The Honorable Jeremy Fogel**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE MOTION FOR CLASS CERTIFICATION BRIEFING SCHEDULE AND SETTLEMENT CONFERENCE** |

1  **BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
   Alan R. Plutzik (Bar No. 077785)
2  L. Timothy Fisher (Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California  94598
   Telephone:  (925) 945-0200
4  Facsimile:  (925) 945-8792

5   - and-

6  Joseph H. Meltzer
   Gerald D. Wells, III (Bar No. 257496)
7  Katherine B. Bornstein (Bar No. 249926)
   Robert J. Gray
8  Robert W. Biela
   280 King of Prussia Road
9  Radnor, PA  19087
   Telephone:  (610) 667-7706
10 Facsimile:  (610) 667-7056

11 *Attorneys for Plaintiff Sean Guess*

12

13 **WINSTON & STRAWN LLP**
   Joan B. Tucker Fife (SBN:144572)
14 101 California Street
   San Francisco, CA 94111
15 Telephone:     415-591-1000
   Facsimile:     415-591-1400
16
    - and -
17
   Jessie A. Kohler (SBN: 179363)
18 Eric E. Suits (SBN: 232762)
   333 South Grand Avenue
19 Los Angeles, CA 90071-1543
   Telephone:     213-615-1700
20 Facsimile:     213-615-1750

21 *Attorneys for Defendants*
   *US BANCORP, US BANCORP*
22 *INVESTMENTS, U.S. BANK N.A., U.S. BANK*

23

24

25

26

27

28

1  WHEREAS Plaintiff filed his Motion for Class Certification Pursuant to Fed. R. Civ. P. 23
2  ("Motion for Class Certification") on November 7, 2008;

3  WHEREAS Defendants' Opposition to Plaintiff's Motion for Class Certification
4  ("Opposition") is currently due on December 22, 2008;

5  WHEREAS Plaintiff's Reply in support of Plaintiff's Motion for Class Certification
6  ("Reply") is currently due on January 23, 2009;

7  WHEREAS the hearing on Plaintiff's Motion for Class Certification is currently set for
8  February 6, 2009;

9  WHEREAS a settlement conference is currently set before Judge Richard Seeborg on
10 December 22, 2008;

11 WHEREAS the parties are scheduled to submit settlement conference statements on
12 December 15, 2008 in advance of the settlement conference before Judge Richard Seeborg;

13 WHEREAS the parties have agreed on a tentative settlement of the matter and are currently
14 conferring on the final details of the settlement;

15 WHEREAS the parties wish to avoid incurring significant additional costs and fees in
16 connection with the Motion for Class Certification and unnecessarily using judicial resources while
17 they finalize their settlement agreement; and

18 WHEREAS should the parties be unable to agree on a final settlement, the parties will
19 promptly so notify the Court;

20 IT IS THEREFORE STIPULATED AND AGREED, by and between the parties hereto
21 through their attorneys of record, and subject to the approval of the Court, that, except for any
22 activities necessary to finalizing a settlement, the case be stayed pending either a Court order
23 dismissing the action or notification by the parties to the Court that they were unable to finalize a
24 settlement.  Specifically, the Parties request an order that:

25  (1) The December 22, 2008 settlement conference before Judge Seeborg be taken off
26 calendar;

27  (2) The February 6, 2009 hearing date on Plaintiff's Motion for Class Certification be
28 taken off-calendar;

(3) Further briefing on the Motion for Class Certification be stayed; and

(4) No later than January 12, 2009, the parties will either submit documents to the Court requesting approval of the settlement and/or dismissal of the case (as determined through the parties' agreement regarding settlement) or provide the Court with a report regarding the status of the settlement.

DATED: December 12, 2008           BARROWAY TOPAZ KESSLER
                                   MELTZER & CHECK, LLP


                                   By:  _____/s/_____
                                         Joseph H. Meltzer
                                         Gerald D. Wells, III
                                         Katherine B. Bornstein
                                         Robert J. Gray

                                         Attorneys for Plaintiff SEAN GUESS


                                   WINSTON & STRAWN LLP


                                   By:  _____/s/_____
                                         Jessie A. Kohler
                                         Attorneys for Defendants
                                         US BANCORP, US BANCORP
                                         INVESTMENTS, U.S. BANK N.A., U.S. BANK


SO ORDERED, this 15th day of December, 2008.


                                   _____
                                         The Honorable Jeremy Fogel
                                         United States District Court Judge