1  [COUNSEL LISTED ON NEXT PAGE]

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SEAN GUESS, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>US BANCORP; US BANCORP INVESTMENTS; U.S. BANK N.A.; U.S. BANK d/b/a U.S. BANK HOME MORTGAGE; and DOES 1-50,<br><br>  Defendants. | **Case No. C06-07535 – JF**<br><br>**The Honorable Jeremy Fogel**<br><br>**[PROPOSED] ORDER RE PARTIES' JOINT STIPULATION RE JOINDER OF ADDITIONAL PARTIES; REQUEST FOR APPROVAL OF SETTLEMENT DISMISSAL WITH PREJUDICE** |

1
2  **BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
   Alan R. Plutzik (Bar No. 077785)
3  L. Timothy Fisher (Bar No. 191626)
   2125 Oak Grove Road, Suite 120
4  Walnut Creek, California  94598
   Telephone:  (925) 945-0200
5  Facsimile:  (925) 945-8792

6   - and-

7  Joseph H. Meltzer
   Gerald D. Wells, III (Bar No. 257496)
8  Katherine B. Bornstein (Bar No. 249926)
   Robert J. Gray
9  Robert W. Biela
   280 King of Prussia Road
10 Radnor, PA  19087
   Telephone:  (610) 667-7706
11 Facsimile:  (610) 667-7056

12 *Attorneys for Plaintiff Sean Guess*

13
14 **WINSTON & STRAWN LLP**
   Joan B. Tucker Fife (SBN:144572)
15 101 California Street
   San Francisco, CA 94111
16 Telephone:    415-591-1000
   Facsimile:    415-591-1400
17
    - and -
18
   Jessie A. Kohler (SBN: 179363)
19 Eric E. Suits (SBN: 232762)
   333 South Grand Avenue
20 Los Angeles, CA 90071-1543
   Telephone:    213-615-1700
21 Facsimile:    213-615-1750

22 *Attorneys for Defendants*
   *US BANCORP, US BANCORP*
23 *INVESTMENTS, U.S. BANK N.A., U.S. BANK*

24
25
26
27
28

1   IT IS HEREBY ORDERED that James Bader, Anthony Kanka, and Levearl Snider shall be joined as plaintiffs in the above-captioned case for the following causes of action only: (a) failure to pay overtime under the Federal Labor Standards Act ("FLSA") and (b) failure to pay the minimum wage under the FLSA.

IT IS HEREBY FURTHER ORDERED that the Court finds that the Confidential Settlement Agreements (which have been filed under seal), and the terms and conditions contained therein, are fair, adequate, and reasonable and were agreed to by all parties. Therefore, the Court hereby APPROVES the settlement on the terms and conditions provided in the Confidential Settlement Agreements.

IT IS HEREBY FURTHER ORDERED that the Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 3/31/09

_____
The Honorable Jeremy Fogel
United States District Court Judge